PARVIZ NOGHREY, Appellant, v TOWN OF BROOKHAVEN et al., Respondents.

Submitted July 26, 2010; decided September 2, 2010

Motion by the National Association of Home Builders for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affirmation is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRES AYALA, Appellant.

Submitted June 21, 2010; decided September 2, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question. Correction Law § 168-n (3) does not provide an independent predicate for an appeal as of right to the Court of Appeals. Motion for leave to appeal denied.